*IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN*

<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **MIMI'S SWEET SHOP, INC. ®,** <br><br>                    *Plaintiffs,*<br><br>vs.<br><br>**CHARTER TOWNSHIP OF LANSING DOWNTOWN DEVELOPMENT AUTHORITY,**<br>**STEVEN M. HAYWARD,**<br>**MICHAEL G. EYDE,**<br>**EASTWOOD, LLC,**<br>**TOWNEAST, LLC,**<br>**TOWNEAST PARKING LLC,**<br><br>                    *Defendants.* | *Docket No.*<br>*Hon.*<br>*Filing Date:* |

_____/

PERRONE LAW, P.C.
Jacob A. Perrone (Mich Bar No. 71915)
*Attorney for Plaintiff*
221 W. Lake Lansing Rd. Ste. 200
East Lansing, MI 48823
(517) 351-0332

_____

# CORPORATE DISCLOSURE STATEMENT

**NOW COMES**, Plaintiff herein, Mimi's Sweet Shop, Inc.®, by and through its attorney, Perrone Law, P.C. and **Jacob A. Perrone**, and states for this Corporate Disclosure Statement the following:

1. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mimi's Sweet Shop, Inc., declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

                                        Respectfully submitted,



Page **1** of **2**

Dated: March 27, 2018          /s/Jacob A. Perrone
                                                  JACOB A. PERRONE (MICH NO. P71915)
                                                  Attorney for Plaintiff
                                                  221 W. Lake Lansing Rd., Ste 200
                                                  East Lansing, MI 48823
                                                  (517) 351-0332

Perrone Law, P.C. § 221 West Lake Lansing Road, Suite 200, East Lansing, Michigan 48823 § Phone. 517.351.0332 § Fax. 517.913.6287 § jacob@perronelawpc.com

Page **2** of **2**