UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MIMI'S SWEET SHOP, INC ®
MARGARET MARY SANDERS,

    Plaintiffs,

v

CHARTER TOWNSHIP OF LANSING
DOWNTOWN DEVELOPMENT
AUTHORITY,
STEVEN M. HAYWARD,
MICHAEL G. EYDE,
EASTWOOD, LLC, TOWNEAST, LLC,
and TOWNEAST PARKING LLC,

    Defendants.

Case No: 18-CV-00337-JTN-ESC

Hon. JANET T. NEFF,
District Judge

---

Jacob Perrone (P71915)
PERRONE LAW, P.C.
Attorneys for Plaintiffs
221 W. Lake Lansing Road
East Lansing, MI 48823
Phone: (517) 351-0332
Email: jacob@perronelawpc.com

Michael F. Matheson (P52997)
MATHESON LAW FIRM
Attorneys for Defendants Eyde,
Eastwood, LLC, Towneast, LLC, and
Towneast Parking LLC
200 Woodland Pass, Suite F
East Lansing, MI 48823
Phone: (517) 993-6699
Email: michael@mathesonlawfirm.com

Roy H. Henley (P39921)
THRUN LAW FIRM PC
Attorneys for Lansing Downtown
    Development Authority
2900 West Road, Suite 400
East Lansing, MI 48823
Phone: (517) 484-8000
Email: rhenley@thrunlaw.com

Craig R. Noland (P30717)
MCGRAW MORRIS, PC
Attorneys for Defendant Steve Hayward
300 Ottawa Avenue NW, Suite 820
Grand Rapids, MI 49503
Phone: (616) 288-3702
Email: cnoland@mcgrawmorris.com

---

# STIPULATION AND ORDER
# FOR SUBSTITUTION OF COUNSEL

Thrun Law Firm, PC and Foster Swift Collins & Smith, PC stipulate that Foster Swift Collins & Smith, PC may substitute in as counsel for Defendant Charter Township of Lansing Downtown Development Authority in place of the Thrun Law Firm, PC.

| | |
|---|---|
| THRUN LAW FIRM, PC<br>Attorneys for Defendant Lansing<br>Downtown Development Authority | FOSTER SWIFT COLLINS & SMITH, PC<br>Attorneys for Defendant Lansing<br>Downtown Development Authority |
| By: /s/Roy H. Henley (P39921)<br>     Roy H. Henley (P39921)<br>     Thrun Law Firm PC<br>     2900 West Road, Suite 400<br>     East Lansing, MI 48823<br>     (517) 484-8000<br>     rhenley@thrunlaw.com | By: /s/Thomas R. Meagher (P32959)<br>     Thomas R. Meagher (P32959)<br>     Foster, Swift, Collins & Smith, P.C.<br>     313 S. Washington Square<br>     Lansing, MI 48933-2193<br>     (517) 371-8161<br>     tmeagher@fostersift.com |
| Dated:  May 11, 2018 | Dated:  May 11, 2018 |

## ORDER SUBSTITUTING COUNSEL

IT IS HEREBY ORDERED that Foster Swift Collins & Smith, PC shall be substituted in as counsel for Defendant Charter Township Lansing Downtown Development Authority, in place of the Thrun Law Firm, PC.

_____
Honorable Janet T. Neff
U.S. District Court Judge

14107:00357:3656981-1

1