UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIMI'S SWEET SHOP, INC., ®
MARGARET MARY SANDERS,

        Plaintiff,

v.

CHARTER TOWNSHIP OF LANSING
DOWNTOWN DEVELOPMENT
AUTHORITY, STEVEN M. HAYWARD,
MICHAEL G. EYDE, EASTWOOD, LLC,
TOWNEAST, LLC, TOWNEAST PARKING,
LLC.,

        Defendants.
_____/

Case No.:  1:18-cv-00337-JTN

Honorable Janet T. Neff

| Jacob A. Perrone (P71915)<br>PERRONE LAW, P.C.<br>Attorneys for Plaintiff<br>221 W. Lake Lansing Road, Ste. 200<br>East Lansing, MI  48823<br>(517) 351-0332<br>jacob@perronelawpc.com | Craig R. Noland (P30717)<br>Amanda M. Zdarsky (P81443)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant Hayward<br>300 Ottawa Avenue, N.W., Suite 820<br>Grand Rapids, MI  49503<br>(616) 288-3700/Fax (616) 214-7712<br>cnoland@mcgrawmorris.com<br>azdarsky@mcgrawmorris.com |
|---|---|
| Michael F. Matheson (P52997)<br>MATHESON LAW FIRM<br>Attorneys for Defendants Eyde, Eastwood, LLC, Towneast LLC, and Towneast Parking LLC<br>200 WOODLAND PASS, SUITE F<br>East Lansing, MI 48823<br>(517) 993-6699<br>michael@mathesonlawfirm.com | Thomas R. Meagher (P32959)<br>FOSTER SWIFT COLLINS & SMITH PC<br>Attorneys for Defendant Charter Township of Lansing Downtown Development Authority<br>313 Washington Square<br>Lansing, MI   48933<br>(517) 371-8100<br>tmeagher@fosterswift.com |

**STIPULATION AND ORDER
FOR SUBSTITUTION OF COUNSEL
FOR DEFENDANT HAYWARD**

The Matheson Law Firm and McGraw Morris PC stipulate that McGraw Morris PC may substitute in as counsel for Defendant Steven L. Hayward (improperly identified in the caption as Steven M. Hayward) in place of the Matheson Law Firm.

| | |
|---|---|
| THE MATHESON LAW FIRM<br>Attorneys for Steven L. Hayward | McGRAW MORRIS PC<br>Attorneys for Steven L. Hayward |
| BY:  s/ Michael F. Matheson<br>   Michael F. Matheson (P52997)<br>   200 Woodland Pass, Suite F<br>   East Lansing, MI  48823<br>   (517) 993-6699 | BY:    s/Craig R. Noland<br>   Craig R. Noland (P30717)<br>   300 Ottawa Avenue NW, Ste 820<br>   Grand Rapids, MI  49503<br>   (616) 288-3702 |
| Dated:  May 17, 2018 | Dated:  May 17, 2018 |

## ORDER SUBSTITUTING COUNSEL

IT IS HEREBY ORDERED THAT McGraw Morris PC shall be substituted in as counsel for Defendant Steven L. Hayward in place of The Matheson Law Firm.

                                                      Honorable Janet T. Neff
                                                      U.S. District Court Judge