WDMI Corporate Disclosure Statement pursuant to Fed.R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Mimi's Sweet Shop, Inc.

        Plaintiff(s),                  Case No.  18-CV-00337-JTN-ESC

v.

                                        Hon. Janet T. Neff

Charter Township of Lansing Downtown Development Authority
Steven M. Hayward
Michael G. Eyde  Defendant(s).
Eastwood, LLC                              /
Towneast, LLC
Towneast Parking, LLC

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1,      Towneast, LLC
                                                           (Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date:  May 23, 2018                                     /s/ Michael F. Matheson  (Signature)
                                                                   Michael F. Matheson