UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIMI'S SWEET SHOP, INC.,            Case No.: 1:18-cv-00337-JTN

      Plaintiff,                      Honorable Janet T. Neff

v.

CHARTER TOWNSHIP OF LANSING
DOWNTOWN DEVELOPMENT
AUTHORITY, STEVEN M. HAYWARD,
MICHAEL G. EYDE, EASTWOOD, LLC,
TOWNEAST, LLC, TOWNEAST PARKING,
LLC.,

      Defendants.
_____/

| Jacob A. Perrone (P71915)<br>PERRONE LAW, P.C.<br>Attorneys for Plaintiff<br>221 W. Lake Lansing Road, Ste. 200<br>East Lansing, MI 48823<br>(517) 351-0332<br>jacob@perronelawpc.com | Craig R. Noland (P30717)<br>Amanda M. Zdarsky (P81443)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant Hayward<br>300 Ottawa Avenue, N.W., Suite 820<br>Grand Rapids, MI 49503<br>(616) 288-3700/Fax (616) 214-7712<br>cnoland@mcgrawmorris.com<br>azdarsky@mcgrawmorris.com |
|---|---|
| Michael F. Matheson (P52997)<br>MATHESON LAW FIRM<br>Attorneys for Defendants Eyde, Eastwood,<br>  LLC, Towneast LLC, and Towneast<br>  Parking LLC<br>200 WOODLAND PASS, SUITE F<br>East Lansing, MI 48823<br>(517) 993-6699<br>michael@mathesonlawfirm.com | Thomas R. Meagher (P32959)<br>FOSTER SWIFT COLLINS & SMITH PC<br>Attorneys for Defendant Charter Township of<br>  Lansing Downtown Development Authority<br>313 Washington Square<br>Lansing, MI 48933<br>(517) 371-8100<br>tmeagher@fosterswift.com |

**DEFENDANT HAYWARD'S BRIEF IN SUPPORT OF HIS MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Defendant, Steven L. Hayward, has filed a motion to extend the deadline for filing his responsive pleadings. As recited in the motion, Defendant Hayward is concurrently filing his Pre-Motion Conference Request in anticipation of filing a motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendant's motion is filed given the uncertainty as to when the Court may have an opportunity to consider Defendant's Pre-Motion Conference Request.

Wherefore, Defendant Hayward respectfully requests this Honorable Court to enter an Order extending the deadline for filing Responsive Pleadings as the Court may deem appropriate after consideration of Defendant's Pre-Motion Conference Request.

                                        Respectfully submitted,

                                        McGRAW MORRIS, P.C.
                                        Attorneys for Defendant Hayward

Dated: May 23, 2018        BY:        *s/* Craig R. Noland
                                        Craig R. Noland (P30717)
                                        Amanda M. Zdarsky (P81443)
                                        300 Ottawa Avenue, N.W., Ste. 820
                                        Grand Rapids, MI 49503
                                        Phone: (616) 288-3800
                                        cnoland@mcgrawmorris.com
                                        azdarsky@mcgrawmorris.com