U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MIMI'S SWEET SHOP, INC.,

   Plaintiff,

v

CHARTER TOWNSHIP OF LANSING
DOWNTOWN DEVELOPMENT AUTHORITY;
STEVEN L. HAYWARD; MICHAEL G. EYDE;
EASTWOOD, LLC; TOWNEAST, LLC; and
TOWNEAST PARKING, LLC,

   Defendants.
_____/

Case No. 1:18-CV-337-JTN-ESC
Hon. Janet T. Neff

| | |
|---|---|
| Jacob A. Perrone (P71915)<br>Perrone Law, P.C.<br>Attorneys for Plaintiff<br>221 W. Lake Lansing Road, Suite 200<br>East Lansing, MI 48823<br>(517) 351-0332<br>jacob@perronelawpc.com | Craig R. Noland (P30717)<br>Amanda M. Zdarsky (P81443)<br>McGraw Morris P.C.<br>Attorneys for Steven L. Hayward<br>300 Ottawa Avenue, N.W., Suite 820<br>Grand Rapids, MI 49503<br>(616) 288-3700<br>cnoland@mcgrawmorris.com<br>azdarsky@mcgrawmorris.com |
| Michael F. Matheson (P52997)<br>Matheson Law Firm<br>Attorneys for Michael G. Eyde; Eastwood,<br>LLC; Towneast, LLC; and Towneast Parking,<br>LLC<br>200 Woodland Pass, Suite F<br>East Lansing, MI 48823<br>(517) 993-6699<br>michael@mathesonlawfirm.com | Thomas R. Meagher (P32959)<br>Foster Swift Collins & Smith PC<br>Attorneys for Charter Township of<br>Lansing Downtown Development<br>Authority<br>313 Washington Square<br>Lansing, MI 48933<br>(517) 371-8100<br>tmeagher@fosterswift.com |

_____/

**TOWNEAST, LLC, TOWNEAST PARKING, LLC, EASTWOOD, LLC
AND MICHAEL G. EYDE'S MOTION FOR EXTENSION OF TIME**

Defendants, Towneast, LLC and Towneast Parking, LLC (collectively "Towneast"), Eastwood, LLC ("Eastwood") and Michael G. Eyde ("Michael Eyde"), by and through their attorneys, Matheson Law Firm, pursuant to Fed. R. Civ. P. 6(b) and this Court's Information and Guidelines for Civil Practice, § IV.A.1.d, hereby request this Honorable Court grant an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint. Towneast, Eastwood and Michael Eyde have contemporaneously filed a Pre-Motion Conference Request with this Court indicating their intent to file a motion to dismiss under Rule 12(b)(6) and requesting a briefing schedule for the motion. The above-named defendants seek to file the motion to dismiss in lieu of answering or otherwise responding, including the filing of any counterclaim, to Plaintiff's Amended Complaint and, accordingly, request additional time, to be determined by this Court in connection with the requested pre-motion conference.

WHEREFORE, for these reasons and as requested in the accompanying Brief, Towneast, Eastwood and Michael Eyde respectfully request that this Court enter an order extending the time for Towneast, Eastwood and Michael Eyde to answer or otherwise respond to Plaintiff's Amended Complaint, as may be determined appropriate by the Court.

Respectfully submitted,

Dated: May 23, 2018

Michael F. Matheson (P52997)
Matheson Law Firm
200 Woodland Pass, Suite F
East Lansing, MI 48823
(517) 993-6699
Attorneys for Towneast, Eastwood and Michael Eyde