UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:18-cv-337 | 8/13/2018 | 1:24 PM - 2:00 PM | Grand Rapids | Janet T. Neff |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Mimi's Sweet Shop, Inc. | Charter Township of Lansing Downtown Development Authority, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jacob Perrone | Plaintiff |
| Thomas R. Meagher<br>Allison Marie Collins | Defendant Charter Township of Lansing Downtown Development Authority |
| Craig R. Noland | Defendant Steven M. Hayward |
| Michael F. Matheson | Defendants Michael G. Eyde, Eastwood, LLC, Towneast, LLC and Towneast Parking LLC |

## PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference held regarding ECF Nos. 24, 26, 27; Order to issue.

Court Reporter: Kathy Anderson
Clerk: Rita Buitendorp