UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| MIMI'S SWEET SHOP, INC. ®,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER TOWNSHIP OF LANSING DOWNTOWN DEVELOPMENT AUTHORITY, STEVEN M. HAYWARD, MICHAEL G. EYDE, EASTWOOD LLC, TOWNEAST LLC, TOWNEAST PARKING LLC,<br><br>    Defendants. | Case No: 1:18-cv-000337-JTN-ESC<br><br>Hon. Janet T. Neff,<br>District Court Judge<br><br>**DEFENDANT CHARTER TOWNSHIP OF LANSING DOWNTOWN DEVELOPMENT AUTHORITY'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**\*Oral Argument Requested\*** |

---

Jacob A. Perrone (P71915)
PERONNE LAW, P.C.
Attorneys for Plaintiff
221 W. Lake Lansing Rd., Ste. 200
East Lansing, MI 48823
(517) 351-0332
jacob@perronelawpc.com


Michael F. Matheson (P52997)
MATHESON LAW FIRM
Attorneys for Defendants Eyde, Eastwood, LLC, Towneast LLC, and Towneast Parking LLC
200 Woodland Pass, Suite F
East Lansing, MI 48823
(517) 993-6699
Michael@mathesonlawfirm.com

Thomas R. Meagher (P32959)
Liza C. Moore (P72240)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant Charter Township of Lansing Downtown Development Authority
313 S. Washington Square
Lansing, MI  48933
(517) 371-8161
tmeagher@fosterswift.com
lmoore@fosterswift.com

Craig R. Noland (P30717)
Amanda M. Zdarsky (P81443)
MCGRAW MORRIS P.C.
Attorneys for Defendant Hayward
300 Ottawa Ave., N.W., Suite 820
Grand Rapids, MI 49503
(616) 288-3700
cnoland@mcgrawmorris.com
azdarsky@mcgrawmorris.com

**DEFENDANT CHARTER TOWNSHIP OF LANSING DOWNTOWN DEVELOPMENT AUTHORITY'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

***Oral Argument Requested*)**

Defendant Charter Township of Lansing Downtown Development Authority moves for an extension of time to file a responsive pleading and states as follows:

1. Plaintiff filed a Second Amended Complaint and Jury Demand on September 12, 2018. (Dk. 40, Second Amended Complaint and Jury Demand).

2. Defendant Charter Township of Lansing Downtown Development Authority wishes to file as its first responsive pleading a motion to dismiss Plaintiff's Second Amended Complaint under Fed. R. Civ. P. 12(b)(6) and 41(b).

3. Under the Court's Civil Practice Guidelines, before any defendant may file a dispositive motion, the defendant must file a pre-motion conference request.

4. Contemporaneously with the filing of this motion for an extension of time, Defendant Charter Township of Lansing Downtown Development Authority is filing its pre-motion conference request, setting forth a brief overview of the grounds upon which it intends to base its motion to dismiss and requesting the Court schedule a pre-motion conference and set a briefing schedule for the motion.

WHEREFORE, because Defendant Charter Township of Lansing Downtown Development Authority is not permitted to file its proposed motion to dismiss until the Court grants it permission to do so following the pre-motion conference, Defendant Charter Township of Lansing Downtown Development Authority respectfully requests that the Court grant it an extension of time to file its responsive pleading to a date set by the Court, and for such further relief as the Court deems appropriate.

                                                Respectfully submitted,

                                                FOSTER, SWIFT, COLLINS & SMITH, P.C.
                                                Attorneys for Defendant Charter Township of Lansing
                                                Downtown Development Authority

Dated:  September 26, 2018        By:    <u>/s/ Thomas R. Meagher</u>
                                                          Thomas R. Meagher (P32959)
                                                          Liza C. Moore (P72240)
                                                          313 S. Washington Square
                                                          Lansing, MI 48933
                                                          (517) 371-8161
                                                          tmeagher@fosterswift.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| MIMI'S SWEET SHOP, INC. ®, | Case No: 1:18-cv-000337-JTN-ESC |
| Plaintiff, | |
| v. | Hon. Janet T. Neff, District Court Judge |
| CHARTER TOWNSHIP OF LANSING DOWNTOWN DEVELOPMENT AUTHORITY, STEVEN M. HAYWARD, MICHAEL G. EYDE, EASTWOOD LLC, TOWNEAST LLC, TOWNEAST PARKING LLC, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

---

| | |
|---|---|
| Jacob A. Perrone (P71915)<br>PERONNE LAW, P.C.<br>Attorneys for Plaintiff<br>221 W. Lake Lansing Rd., Ste. 200<br>East Lansing, MI 48823<br>(517) 351-0332<br>jacob@perronelawpc.com | Thomas R. Meagher (P32959)<br>Liza C. Moore (P72240)<br>FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>Attorneys for Defendant Charter Township of Lansing Downtown Development Authority<br>313 S. Washington Square<br>Lansing, MI 48933<br>(517) 371-8161<br>tmeagher@fosterswift.com<br>lmoore@fosterswift.com |
| Michael F. Matheson (P52997)<br>MATHESON LAW FIRM<br>Attorneys for Defendants Eyde, Eastwood, LLC, Towneast LLC, and Towneast Parking LLC<br>200 Woodland Pass, Suite F<br>East Lansing, MI 48823<br>(517) 993-6699<br>Michael@mathesonlawfirm.com | Craig R. Noland (P30717)<br>Amanda M. Zdarsky (P81443)<br>MCGRAW MORRIS P.C.<br>Attorneys for Defendant Hayward<br>300 Ottawa Ave., N.W., Suite 820<br>Grand Rapids, MI 49503<br>(616) 288-3700<br>cnoland@mcgrawmorris.com<br>azdarsky@mcgrawmorris.com |

2

      I hereby certify that on September 26, 2018, I electronically filed the ***Defendant Charter Township of Lansing Downtown Development Authority's Motion for an Extension of Time to File Responsive Pleading*** with the Clerk of the Court using the ECF system.

                                             By:    /s/ Thomas R. Meagher
                                                    Thomas R. Meagher (P32959)
                                                      Liza C. Moore (P72240)
                                                      Foster, Swift, Collins & Smith, P.C.
                                                      313 S. Washington Square
                                                      Lansing, MI 48933-2193
                                                      (517) 371-8161
                                                      tmeagher@fostersift.com

14107:00357:3850133-1

2