UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIMI'S SWEET SHOP, INC.,

    Plaintiff,

v.

CHARTER TOWNSHIP OF LANSING
DOWNTOWN DEVELOPMENT
AUTHORITY, et al.,

    Defendants.
_____/

Case No. 1:18-cv-337

HON. JANET T. NEFF

## ORDER

Defendants filed Pre-Motion Conference Requests concerning their anticipated motions to dismiss (ECF Nos. 43, 44, 46), and no Responses to the Pre-Motion Conference Requests have been timely filed. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall file a Response to each Pre-Motion Conference Request no later than October 11, 2018. Counsel shall adhere to the requirements set forth in Judge Neff's Information and Guidelines for Civil Practice, which are available on the Court's website (www.miwd.uscourts.gov).

Dated: October 4, 2018

      /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge