**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

| | |
|---|---|
| MIMI'S SWEET SHOP, INC. ®, | Case No: 1:18-cv-000337-JTN-ESC |
| Plaintiff, | |
| v. | Hon. Janet T. Neff, District Court Judge |
| CHARTER TOWNSHIP OF LANSING DOWNTOWN DEVELOPMENT AUTHORITY, STEVEN L. HAYWARD, MICHAEL G. EYDE, EASTWOOD LLC, TOWNEAST LLC, TOWNEAST PARKING LLC, | **STIPULATION TO DISMISS FEDERAL CLAIMS WITH PREJUDICE AND STATE CLAIMS WITHOUT PREJUDICE** |
| Defendants. | |

---

Jacob A. Perrone (P71915)
PERONNE LAW, P.C.
Attorneys for Plaintiff
221 W. Lake Lansing Rd., Ste. 200
East Lansing, MI 48823
(517) 351-0332
jacob@perronelawpc.com


Michael F. Matheson (P52997)
MATHESON LAW FIRM
Attorneys for Defendants Eyde, Eastwood, LLC, Towneast LLC, and Towneast Parking LLC
200 Woodland Pass, Suite F
East Lansing, MI 48823
(517) 993-6699
Michael@mathesonlawfirm.com

Thomas R. Meagher (P32959)
Liza C. Moore (P72240)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant Charter Township of Lansing Downtown Development Authority
313 S. Washington Square
Lansing, MI 48933
(517) 371-8161
tmeagher@fosterswift.com
lmoore@fosterswift.com

Craig R. Noland (P30717)
Amanda M. Zdarsky (P81443)
MCGRAW MORRIS P.C.
Attorneys for Defendant Hayward
300 Ottawa Ave., N.W., Suite 820
Grand Rapids, MI 49503
(616) 288-3700
cnoland@mcgrawmorris.com
azdarsky@mcgrawmorris.com

## STIPULATION TO DISMISS FEDERAL CLAIMS WITH PREJUDICE AND STATE CLAIMS WITHOUT PREJUDICE

The parties, through their respective counsel, stipulate as follows:

1. All federal law claims that were or could have been pled in this action are DISMISSED with prejudice and without costs and attorneys' fees to any party.

2. All state law claims that were or could have been pled in this action are DISMISSED without prejudice and without costs and attorneys' fees to any party.

3. Plaintiff reserves its rights to file state law claims in state court so long as Plaintiff does so within 90 days of the date the Order enters dismissing this action.

4. Defendants reserve all rights, without limitation, to assert and pursue any and all counterclaims and defenses to any state law claims Plaintiff files.

5. The parties waive any and all claims for sanctions associated with this action.

6. The parties retain all rights they do or may have to pursue sanctions in state court should Plaintiff choose to file state law claims.

7. Based on these stipulations, the parties request entry of the attached Order.

Stipulation:

| | |
|---|---|
| /s/ Jacob A. Perrone<br>Jacob A. Perrone (P71915)<br>PERONNE LAW, P.C.<br>Attorneys for Plaintiff<br>221 W. Lake Lansing Rd., Ste. 200<br>East Lansing, MI 48823<br>(517) 351-0332 | /s/ Thomas R. Meagher<br>Thomas R. Meagher (P32959)<br>FOSTER SWIFT COLLINS & SMITH, P.C.<br>Attorneys for Defendant<br>313 S. Washington Square<br>Lansing, MI 48933<br>Telephone: (517) 371-8161 |
| /s/ Michael F. Matheson<br>Michael F. Matheson (P52997)<br>MATHESON LAW FIRM<br>Attorneys for Defendants Eyde, Eastwood, LLC, Towneast LLC, and Towneast Parking LLC<br>200 Woodland Pass, Suite F<br>East Lansing, MI 48823<br>(517) 993-6699 | /s/ Craig R. Noland<br>Craig R. Noland (P30717)<br>Amanda M. Zdarsky (P81443)<br>MCGRAW MORRIS P.C.<br>Attorneys for Defendant Hayward<br>300 Ottawa Ave., N.W., Suite 820<br>Grand Rapids, MI 49503<br>(616) 288-3700 |

14107:00357:3878043-1