**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| MIMI'S SWEET SHOP, INC. ®, <br><br>    Plaintiff, <br><br> v. <br><br> CHARTER TOWNSHIP OF LANSING DOWNTOWN DEVELOPMENT AUTHORITY, STEVEN L. HAYWARD, MICHAEL G. EYDE, EASTWOOD LLC, TOWNEAST LLC, TOWNEAST PARKING LLC, <br><br>    Defendants. | Case No: 1:18-cv-000337-JTN-ESC <br><br> Hon. Janet T. Neff, <br> District Court Judge <br><br> **ORDER TO DISMISS FEDERAL CLAIMS WITH PREJUDICE AND STATE CLAIMS WITHOUT PREJUDICE** |

---

Jacob A. Perrone (P71915)
PERONNE LAW, P.C.
Attorneys for Plaintiff
221 W. Lake Lansing Rd., Ste. 200
East Lansing, MI 48823
(517) 351-0332
jacob@perronelawpc.com

Michael F. Matheson (P52997)
MATHESON LAW FIRM
Attorneys for Defendants Eyde, Eastwood, LLC, Towneast LLC, and Towneast Parking LLC
200 Woodland Pass, Suite F
East Lansing, MI 48823
(517) 993-6699
Michael@mathesonlawfirm.com

Thomas R. Meagher (P32959)
Liza C. Moore (P72240)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant Charter Township of Lansing Downtown Development Authority
313 S. Washington Square
Lansing, MI 48933
(517) 371-8161
tmeagher@fosterswift.com
lmoore@fosterswift.com

Craig R. Noland (P30717)
Amanda M. Zdarsky (P81443)
MCGRAW MORRIS P.C.
Attorneys for Defendant Hayward
300 Ottawa Ave., N.W., Suite 820
Grand Rapids, MI 49503
(616) 288-3700
cnoland@mcgrawmorris.com
azdarsky@mcgrawmorris.com

# ORDER DISMISSING FEDERAL CLAIMS WITH PREJUDICE AND STATE LAW CLAIMS WITHOUT PREJUDICE

Based on the Parties Stipulation to Dismiss Federal Claims With Prejudice and State Law Claims Without Prejudice, the Court orders as follows:

1. All federal law claims that were or could have been pled in this action are DISMISSED with prejudice and without costs and attorneys' fees to any party.

2. All state law claims that were or could have been pled in this action are DISMISSED without prejudice and without costs and attorneys' fees to any party.

3. Plaintiff reserves its rights to file state law claims in state court so long as Plaintiff does so within 90 days of the date this Order.

4. Defendants reserve all rights, without limitation, to assert and pursue any and all counterclaims and defenses to any state law claims Plaintiff files.

5. The parties waive any and all claims for sanctions associated with this action.

6. The parties retain all rights they do or may have to pursue sanctions in state court should Plaintiff choose to file state law claims.

Dated: October 4, 2018         /s/ Janet T. Neff
                               Honorable Janet T. Neff
                               Western District Court Judge

14107:00357:3878051-1